**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

| | |
|---|---|
| **In The Matter Of:** | **In Bankruptcy:** |
| DARIN EDMUND NOWAK | Case No. 17-44778-TJT |
| JAIME LYNN NOWAK | Chapter 7 |
| | Hon. Thomas J. Tucker |
| Debtor(s).            / | |

## AMENDED CERTIFICATE OF DISTRIBUTION

Karen E. Evangelista, Trustee of the above-named estate, hereby states the following:

1. Trustee with assistance of counsel investigated the value of the real estate. A settlement was reached and the funds remitted to the Trustee. After claims were reviewed, final fee applications were filed the Trustee filed her TFR on October 27, 2017. She made distribution to creditors on November 29, 2017 and filed her TDR on March 9, 2018. However, on March 10th a representative from the State of Michigan contacted the Trustee and advised her that their priority claim only was paid in full before receipt of the funds from the Trustee. They then amended their claim and returned to the Trustee their overpayment to the Trustee. The Trustee filed, an Ex-Parte Motion to Reopen docket #68 and the order has been entered, docket #69. On May 10th the Trustee was reappointed. The Trustee will now proceed to an Amended TFR.

2. That the Trustee has fully administered this estate by either liquidating or abandoning all property of the estate;

3. That the Trustee has collected $13,500.00 and disbursed $12,152.00, leaving a balance on hand of $1,348.00, which funds are deposited in an account at Pinnacle Bank;

4. That of the funds on hand the following distribution should be made:

| Claim # | Allowed amount | % Already paid | Amount Previously paid | Remaining amount of claim | Additional % paid | Additional amount paid |
|---|---|---|---|---|---|---|
| #1 Oakland University Credit Union | $9,527.40 | 0% | $0 | $9,527.40 | 2.23% | $212.69 |
| #2 Fifth Third Bank | $10,720.15 | 0% | $0 | $10,720.15 | 2.23% | $239.33 |
| #3 Capital One Bank (USA), N.A | $5,482.92 | 0% | $0 | $5,482.92 | 2.23% | $122.41 |
| #4 Navient Solutions, LLC. | $31,231.11 | 0% | $0 | $31,231.11 | 2.23% | $697.24 |
| #5 PYOD, LLC its successors and assigns as assignee | $2,500.63 | 0% | $0 | $2,500.63 | 2.23% | $55.83 |
| #6a Michigan Department of Treasury | $918.12 | 0% | $0 | $918.12 | 2.23% | $20.50 |
| Total | | | | | | $1,348.00 |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his knowledge.

Dated: July 12, 2018

/s/ KAREN E. EVANGELISTA P36144
Karen E. Evangelista, Chapter 7 Trustee
410 West University Drive
Suite 225
Rochester, MI 48307
Phone: (248) 652-7992
E-mail: brewera1008@yahoo.com